IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JACOB DIAZ,

    Plaintiff,

vs.                                    No. CIV-12-1117 KG/KBM

ROBERT METZGAR and JOSHUA RICHARDS,
in their individual and official capacities as
Albuquerque Police officers, and the CITY OF ALBUQUERQUE,

    Defendants.

## ORDER OF PARTIAL SUMMARY JUDGMENT

Having granted, in part, Individual Defendants' Joint Motion for Summary Judgment Based on Qualified Immunity (Doc. 56), filed February 4, 2014, by Memorandum Opinion and Order entered contemporaneously with this Order of Partial Summary Judgment,

IT IS ORDERED that

1. summary judgment is entered in favor of Defendant Richards on Count I of Plaintiff's Complaint (Doc. 1), filed October 29, 2012;

2. the claim against Defendant Richards in Count I is dismissed with prejudice;

3. summary judgment is entered in favor of all Defendants on Count III of the Complaint; and

4. Count III of the Complaint is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE