IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JACOB DIAZ,

      Plaintiff,

vs.                                                                          CIV 12-1117 KG/KBM

ROBERT METZGAR and JOSHUA RICHARDS,
*in their individual capacities,*

      Defendants.

## ORDER SETTING PRETRIAL CONFERENCE

IT IS HEREBY ORDERED that a pretrial conference will be held in person on **THURSDAY, NOVEMBER 20, 2014 at 10:00 AM** at the United States Courthouse, 4th Floor Mimbres Courtroom, 100 N. Church Street, Las Cruces, New Mexico. Counsel shall be prepared to go over the witnesses they intend to call and have a set of properly marked exhibits which will be provided to the Court at that time. *See* (Doc. 74) at 16-17. Counsel shall be prepared to discuss all pending motions, objections to jury instructions and any other remaining details prior to trial of this case which begins on December 8, 2014.

                                                          UNITED STATES DISTRICT JUDGE