IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JACOB DIAZ,

    Plaintiff,

vs.                                              No. CIV-12-1117 KG/KBM

ROBERT METZGAR and JOSHUA RICHARDS,
*in their individual capacities*,

    Defendants.

## ORDER TO SHOW CAUSE

The Court granted an extension to midnight on October 31, 2014, for Plaintiff's attorney to associate with co-counsel to assist with the jury trial scheduled to begin December 8, 2014. *See* Order (Doc. 140). The Order also stated that if co-counsel did not enter an appearance by midnight on October 31, 2014, the Court would issue an Order to Show Cause in this case. As of today's date, no co-counsel has entered his/her appearance on behalf of Plaintiff.

THEREFORE, this Court orders that Plaintiff's attorney appear in person at the United States Courthouse, 100 N. Church Street, 4th Floor Mimbres Courtroom, in Las Cruces, New Mexico, on Thursday, November 20, 2014 at 10:00 a.m., to show cause why she should not be sanctioned for not associating with co-counsel by the Court's deadline of midnight on October 31, 2014.

    IT IS HEREBY ORDERED.

                                                                      UNITED STATES DISTRICT JUDGE