IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JACOB DIAZ,

      Plaintiff,

vs.                                        No. CIV-12-1117 KG/KBM

ROBERT METZGAR and
JOSHUA RICHARDS, in their individual and
official capacities as Albuquerque Police Officers,
and the CITY OF ALBUQUERQUE,

      Defendants.

## ORDER OF DISMISSAL

THIS MATTER having come before the Court on the parties' Joint Motion to Dismiss Plaintiff's Complaint, and the Court being fully advised in the premises,

FINDS that good cause exists for the entry of an order dismissing Plaintiff's Complaint based upon the agreement of the parties.

THEREFORE IT IS ORDERED, ADJUDGED AND DECREED:  Plaintiff's Complaint is hereby dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED AND AGREED TO BY:

CITY OF ALBUQUERQUE
David Tourek
City Attorney


/s/ Trisha A Walker
Assistant City Attorney
P.O. Box 2248
Albuquerque, New Mexico 87103
(505) 768-4500
*Attorney for Defendant Joshua Richards*



AGREED TO BY:

Approved 12/12/14
Rozan Cruz, Esq.
Rozan Cruz & Associates, P.C.
P.O. Box 1565
Corrales NM 87048
Rozancboyd@msn.com

Joseph P. Kennedy
Kennedy Law Firm
1000 Second Street NW
Albuquerque NM 87102
*Attorneys for Plaintiff*


Approved 12/11/14
Jerry A. Walz, Esq.
Walz and Associates, P.C.
133 Eubank Blvd. NE
Albuquerque, NM 87123
jerryawalz@walzandassociates.com
*Attorney for Defendant Robert Metzgar*